# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**LEWIS GIBSON**
**Reg. #25719-076**                                                      **PETITIONER**

v.                                  **No. 2:16-cv-122-DPM**

**C. V. RIVERA, Warden, FCI-Medium; and**
**UNITED STATES OF AMERICA**                            **RESPONDENTS**

## ORDER

Unopposed recommendation, № 2, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes). The Court directs the Clerk to transfer

Gibson's petition to the Western District of Tennessee, where Gibson was

sentenced.

So Ordered.

_____
*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

_7 October 2016_